IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**　　　　　　　　　　September 13, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

ANTONIO FIGUEROA-QUIÑONES

vs　　　　　　　　　　　　　　　　　　　CIVIL 98-2101CCC

ROCKY MOUNTAIN HOLDINGS, L.L.C.

By order of the Court, the Motion for Extension of Time to Answer Interrogatories and to Produce Documents (**docket entry 13**) is GRANTED. Parties to be notified.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　- Secretary

s/c: S. Albarondo
     C. Bobonis

SEP 1 3 1999

RECD. | TO JUDGE
SEP 1 3 1999
#14