IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS  October 19, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ANTONIO FIGUEROA-QUIÑONESI

vs  CIVIL 98-2101CCC

ROCKY MOUNTAIN HOLDINGS, L.L.C.

By order of the Court, the **pretrial conference set for October 21, 1999 is reset for December 15, 1999 at 4:45 PM.** Parties to be notified.

- Secretary

s/c - S. Aldarondo
      C. Bobonis

