IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    November 4, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


ANTONIO FIGUEROA-QUIÑONES

vs                                        CIVIL 98-2101CC

ROCKY MOUNTAIN HOLDINGS, L.L.C.


By order of the Court plaintiff is GRANTED a final term of fifteen (15) days after notice to file his opposition to defendant's Motion for Summary Judgment (**docket entry 16**). Failure to comply with the Court's order will result in the dismissal of the case.

The Motion for Leave to File Documents in Spanish Pending Translations Thereof (**docket entry 18**) is GRANTED. The Motion Submitting Plaintiff's Part of the Pretrial Conference Memorandum (**docket entry 19**) is NOTED. Parties to be notified.

- Secretary

c/c: F. Aldarondo
     C. Bobonis

NOV - 5 1999

