IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIO FIGUEROA-QUIÑONES
Plaintiff

v.                                              Civil No. 98-2101(CCC)

ROCKY MOUNTAIN HOLDINGS,
L.L.C.
Defendant

### ORDER

To the Federal Aviation Administration
U.S. Department of Transportation

    Plaintiff Antonio Figueroa, date of birth November 7, 1961, is the holder of airman certificate number 583232603. Mr. Figueroa and his legal counsel have petitioned the Airman Certificate Branch of the Federal Aviation Administration to certify to him what is his current status as an airman, in particular to certify any and all enforcement actions, medical certificate actions or airman certificate actions.

    The parties have informed the Court that the Federal Aviation Administration has conducted an investigation regarding Antonio Figueroa's record and actions as an airman. The results of said investigation are relevant and essential to the parties in the case before the U.S. District Court for the District of Puerto Rico.

    Therefore, it is hereby **ORDERED** that the Federal Aviation Administration shall inform to plaintiff's counsel what restrictions, if any, it has imposed on Mr. Antonio

Civil No. 98-2101(CCC)                                                               Page No. 2

Figueroa's authorization to operate aircraft in the United States of America. Further, the Federal Aviation Administration will disclose to the parties herein the outcome of the investigation being carried out in Antonio Figueroa's case. In the event the Federal Aviation Administration determines that the publication of any part of the requested information might compromise the confidentiality of an ongoing investigation, it is **ORDERED** to submit the information requested herein before this Court **under seal.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 14th day of February, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge