## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Antonio Figueroa

v.

Rocky Mountain

:
:
:
:
:
:

CIVIL. NO. _98-1201(cc)_

RECEIVED & FILED

### DESCRIPTION OF MOTION

DATE:
FILED: 12/28/00 DOCKET:# 31

( )Plaintiffs    (X)Defendants
( )Government    ( )Other

Title: Urgent Opposition To Plaintiff's Motion Requesting Order

### ORDER

Defendant's statements as reflected in paragraph no. 2 are well taken and noted.

Angela H. Delgado-Colón, USMJ
2/14/00

s/c.. H. Aldarondo
C. Bobonis

2-17-00