IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIO FIGUEROA-QUIÑONES
   Plaintiff

v.                                    Civil No. 98-2101(CCC)

ROCKY MOUNTAIN HOLDINGS,
L.L.C.
   Defendant

### PRETRIAL CONFERENCE REPORT

At the Pretrial Conference held on December 15, 1999, the plaintiff appeared represented by Attorneys Godwin Aldarondo-Girald and Angel Viera. The defendant was represented by Attorney Enrique Figueroa-Llinas.

The parties submitted as of October 1999 their individual pretrial conference memorandum. A final joint version has been filed (**Docket 28**).

Defendant has submitted a motion for summary judgment (**Docket No. 16**) which the plaintiff objects for being late and in violation of the scheduling order of the Court. Plaintiff stated that an objection has been filed (at the time of the conference the motion was not yet part of the case file).

While discussing settlement possibilities, the parties were allowed time to discuss their respective factual and legal position. It seems that at this stage settlement is not feasible.

The parties then agreed to have the FAA ordered to issue and/or disclose its investigative report regarding plaintiff's case.

At San Juan, Puerto Rico, this 14th day of February, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge