## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    February 18, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ANTONIO FIGUEROA-QUIÑONES

vs                                        CIVIL 98-2101CCC

ROCKY MOUNTAIN HOLDINGS, L.L.C.

By order of the Court, given the pendency of a dispositive motion, the **trial set for February 24, 2000 is VACATED.**  Parties to be notified.

⌐⌐ - Secretary

*2/18/2000 Notified by tel.*
*Ris: A-Aldarondo 766-2876*
*Ris: P. Figueroa Flores 753-7750 (P. Botoris, Esq.)*

*2-18-00 by del*
*Mayra — voice mail*
*→ Frenchie voice mail*

*s/c Jury Clerk*