IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                          March 1, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ANTONIO FIGUEROA-QUIÑONES

vs                                              CIVIL 98-2101CCC

ROCKY MOUNTAIN HOLDINGS, L.L.C.

By order of the Court, the Motion for Extension of Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment (**docket entry 42**) is GRANTED; term to expire on March 24, 2000 as requested. Parties to be notified.

_____ - Secretary

s/c: H. Aldarondo
     C Bobonis
           3-2-00