IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              April 18, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ANTONIO FIGUEROA-QUIÑONES

vs                                                  CIVIL 98-2101CCC

ROCKY MOUNTAIN HOLDINGS, LLC

By order of the Court, the following motions are MOOT: Motion Requesting Brief Extension of Time, Urgent Motion for Continuance, Motion Requesting Extension to File Voir Dire and Jury Instructions, Motion Requesting Final Extension to File Reply to Plaintiff's Opposition to Motion for Summary Judgment, and Motion for Brief Additional Extension (**docket entries 25, 34, 36A, 45 and 46**) are MOOT. The docket shall so reflect.

                                                    hw - Secretary

s/c: H. Aldarondo
     C. Bobonis

                                                    4-20-00