IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              August 3, 2000

RECEIVED & FILED
00 AUG 09 AM 8:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


ANTONIO FIGUEROA-QUIÑONES

vs                                          CIVIL 98-2101C CC

ROCKY MOUNTAIN HOLDINGS, LLC


By order of the Court, the Motion Requesting Issuance of Second Order to the Federal Aviation Administration (**docket entry 50**), see also Opposition and the Motion Requesting Leave to Reply to Defendant's Opposition (docket entries 51 and 52) is DENIED. The Federal Aviation Administration complied with the order but sent the materials to the Court. The Clerk of Court shall send the parties copies of docket entry 53. Parties to be notified.

- Secretary

Copies of #53
sent to:
Bobonis
Aldarondo  } by mail
8/9/00
abo

(54)