IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIO FIGUEROA-QUIÑONES
Plaintiff

vs                                          CIVIL 98-2101CCC

ROCKY MOUNTAIN HOLDINGS, L.L.C.
Defendant

O R D E R

Having considered the Motion for Summary Judgment filed by defendant Rocky Mountain Holdings, Inc. (**docket entry 16**), the Opposition to Defendant's Motion for Summary Judgment filed by plaintiff (**docket entry 27**), particularly the excerpt of the deposition of Mr. Douglas Rosado and the declaration under penalty of perjury of Ms. Denise Torres, as well as the Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (**docket entry 47**), containing the deposition testimony of Ms. Denise Torres, the motion for summary judgment is DENIED.

The **pretrial conference is set for OCTOBER 10, 2000 at 4:45 P.M.**

SO ORDERED.

At San Juan, Puerto Rico, on September _13_, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)