IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIO FIGUEROA-QUIÑONES
Plaintiff

vs                                           CIVIL 98-2101CCC

ROCKY MOUNTAIN HOLDINGS, L.L.C.
Defendant

## ORDER

The Motion for Dismissal filed by defendant Rocky Mountain Holdings, L.L.C. (**docket entry 26**) is DENIED.

The Motion Requesting Leave to Reply to Defendant's Opposition filed by plaintiff (**docket entry 33**) is MOOT.

The Motion to Strike Late Opposition and/or Motion in Limine filed by defendant (**docket entry 35**) is MOOT as to the request to strike, and DENIED as to the motion in limine.

The Motion Requesting Further Extension of Time filed by defendant (**docket entry 44**) is MOOT.

The Supplemented Statement of Material Undisputed Facts in Support of Motion for Summary Judgment filed by defendant (**docket entry 48**) is MOOT, as it was considered by the Court in its disposition of defendant's motion for summary judgment.

The Informative Motion and Request for Clarification of Records Received from the Federal Aviation Administration filed by plaintiff (**docket entry 55**) is NOTED.

SO ORDERED.

At San Juan, Puerto Rico, on September 15, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)