IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIO FIGUEROA-QUIÑONES
    Plaintiff

v.                              Civil No. 98-2101(CCC)

ROCKY MOUNTAIN HOLDINGS,
L.L.C.
    Defendant

### PRETRIAL CONFERENCE REPORT

At today's conference, the plaintiff appeared represented by Attorneys Godwin Aldarondo-Girald. The defendant was represented by Attorney Enrique Figueroa-Llinas.

The parties brought the Joint Pretrial Memorandum which they intended to file. Nonetheless, upon reviewing the same it appears that by inadvertence several paragraphs were omitted from the document. Accordingly, the parties are **GRANTED until October 15, 2000,** to file the same.

The parties reported as follows: (a) discovery was concluded; (b) there are no motions pending; (c) trial length is estimated in four (4) days; and (d) admissibility of most of the documentary evidence will be stipulated.

Settlement possibilities were discussed. It is not feasible at this stage, although a settlement demand and counter-offer was made.

The parties also requested the setting of a trial date.

At San Juan, Puerto Rico, this 10th day of October, 2000.

                                             AIDA M. DELGADO-COLON
                                             U.S. Magistrate-Judge


