# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**ANTONIO FIGUEROA-QUIÑONES**
   **Plaintiff**

**v.**                                        Civil No. 98-2101 (CCC)

**ROCKY MOUNTAIN HOLDINGS,**
**L.L.C.**
   **Defendant**

---

## ORDER

**A Status Conference is set for November 9, 2000, at 1:00 PM.**

At that time the parties will report on the case status. Further, the parties are requested

to consider and report whether they will consent to the trial jurisdiction of a Magistrate-Judge.

**SO ORDERED.**

At San Juan, Puerto Rico, this 25th day of October, 2000.

*Aida M. Delgado-Colón*
**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**