IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIO FIGUEROA-QUIÑONES
    Plaintiff

v.                                   Civil No. 98-2101(CCC)

ROCKY MOUNTAIN HOLDINGS,
L.L.C.
    Defendant

## STATUS/SETTLEMENT CONFERENCE REPORT

A Status/Settlement Conference was held on this date. The parties have exchanged settlement demand and counter-offer but are still quite apart. Each attorney will communicate with their respective client and a **Final Settlement Conference will take place by telephone on November 16, 2000, at 1:00 PM.**

The parties have identified as viable the following trial dates:

    April 16-20, 2001

    April 23-27, 2001

    May 14-18, 2001

In so doing, the parties request that a trial date be set. The corporate defendant wishes to exercise its right to have the case tried by a District Judge.

**SO ORDERED.**

At San Juan, Puerto Rico, this 9th day of November, 2000.

                                              AIDA M. DELGADO-COLON
                                              U.S. Magistrate-Judge