IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIO FIGUEROA-QUIÑONES
    Plaintiff

v.                                                                              Civil No. 98-2101(CCC)

ROCKY MOUNTAIN HOLDINGS,
L.L.C.
    Defendant

## TELEPHONE SETTLEMENT CONFERENCE REPORT

On this date a telephone settlement conference was held with Attorney Erickson Sánchez on behalf of plaintiff and Attorney Enrique Figueroa on behalf of defendant.

Although plaintiff and defendant have reviewed and modified their respective settlement demand/offer, they are still apart. Each attorney is strongly advocating his case and fully convinced that the law as applied to their respective factual scenario does not warrant changing their posture, in regards to settlement.

Accordingly, settlement at this stage is not viable. The parties request that this case be set for trial on either April 23-27, 2001, or May 14-18, 2001.

On this date attorney for defendant reported that he will no longer be available to try the case on April 16-20, 2001, inasmuch as another case has been set for trial on said date before the state court.

**SO ORDERED.**

At San Juan, Puerto Rico, this 16th day of November, 2000.

s/c *signature*
C. Boberis

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

NOV 17 2000