IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS             November 27, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ANTONIO FIGUEROA-QUIÑONES

vs                                  CIVIL 98-2101CCC

ROCKY MOUNTAIN HOLDINGS, LLC

By order of the Court the parties are advised of the following settings before Judge Cerezo:

**Pretrial conference - March 21, 2001 at 4:45 PM**

**Settlement conference - April 18, 2001 at 4:45 PM**

**Jury trial - reset for May 16, 2001 at 10:00 AM.  Daily working schedule will be from 10:00 AM to 1:00 PM and 2:00 PM to 5:00 PM.** Parties to be notified.

_____ - Secretary

DEC - 4 2000