IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**          December 21, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

ANTONIO FIGUEROA-QUIÑONES

vs                                  CIVIL 98-2101CCC

ROCKY MOUNTAIN HOLDINGS, LLC

By order of the Court the Informative Motion (**docket entry 65**) is NOTED. The docket shall so reflect.

— Secretary