IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**             March 22, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

ANTONIO FIGUEROA-QUIÑONES

vs                                    CIVIL 98-2101C CC

ROCKY MOUNTAIN HOLDINGS, LLC

At the pretrial conference held on March 21, 2000 present were: Angel X. Viera-Vargas, counsel for plaintiff and Enrique G. Figueroa-Llinás, counsel for defendant.

The Joint Proposed Pretrial Order (**docket entry 59**) is APPROVED. As to Ms. Tonya Radley, witness for defendant, her specific testimony on "regulations regarding drug and alcohol testing" must be by way of reference to her other factual test.

The FAA representative announced by plaintiff as an expert to testify regarding the procedures the FAA follows when it grounds an airman is not allowed. The Court will include, upon request, instruction to the jury on relevant regulations on grounding of airmen. The FAA regulations will not be admitted as documentary evidence as announced by plaintiff at p. 41 of the Pretrial Order.

Objection of defendant to plaintiff's FAA records is DENIED. These records are relevant to the Law 80 action.

Rule on objection on admission of subsequent lab report set forth at pp. 43-44 of the Pretrial Report. **Check Case 156 F.3d 57, 64-65.**



MINUTES OF PROCEEDINGS
Page 2
March 22, 2001
Civil 98-2101CCC

Objection of defendant to the December 20, 1999 letter from FAA is OVERRULED.

Defendant's evidence:

DOT/FAA regulations will not be admitted as evidence but relevant portions will be included in jury instructions.

Parties to be notified.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　— Secretary

s/cs:to ( 3 )
attys/pts
in ICMS

MAR 2 9 2001