IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          April 18, 2001

BEFORE HONORABLE JUDGE CARMEN CONSUELO CEREZO

COURTROOM DEPUTY:                    **CIVIL NO. 98-2101(CCC)**

COURT INTERPRETER:                   COURT REPORTER:

---

**ANTONIO FIGUEROA-QUINONES**        Attorney(s) for Plaintiff:

Plaintiff
    **vs.**

                                       Attorney(s) for Defendant:

ROCKY MOUNTAIN HOLDINGS, INC.

Defendant

---

By order of the Court, the **settlement conference** set for today is **rescheduled** to **May 2, 2001 at 4:00PM**. Parties to be notified.

                                                              Courtroom Deputy Clerk

By telephone:
E. Figueroa thru Maria
G. Aldarondo

s/cs:to ( 3 )
attys/pts
in ICMS

APR 18 2001