# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANTONIO FIGUEROA-QUIÑONES

Plaintiff

vs.                                                    CIVIL 98-2101CCC

ROCKY MOUNTAIN HOLDINGS, L.L.C.

Defendant
_____

# O R D E R

The Court has before it a Motion in Limine filed by defendant on May 10, 2001 (**docket entry 70**), which requests the exclusion of all of plaintiff's witnesses.  Given the impact of an adverse ruling upon plaintiff's presentation of evidence, the Court will not issue an ex-parte ruling and ORDERS plaintiff to file a response to said motion no later than Friday May 18, 2001 before 5:00 P.M.  Plaintiff shall also address in his response defendant's objection to the admissibility of a subsequent negative lab report.  This objection is raised in the pretrial conference report and is based on Pendleton v. City of Haverhill, 156 F.3d 57, 64-65 (1st Cir. 1998).  Given these circumstances, the **trial set for May 16, 2001 is VACATED** and will be rescheduled as soon as possible after the Court issues its evidentiary ruling on this matter.

SO ORDERED.

At San Juan, Puerto Rico, on May 15, 2001.

CARMEN CONSUELO CEREZO
United States District Judge