# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**    August 30, 2001

RECEIVED & FILED
'01 SEP -4  AM 11: 3:
CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN, P R

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

ANTONIO FIGUEROA-QUIÑONES

vs                                                                                      CIVIL 98-2101C CC

ROCKY MOUNTAIN HOLDINGS, LLC

By order of the Court the Motion Withdrawing from Plaintiff's Legal Representation (**docket entry 75**) is NOTED and GRANTED. Parties to be notified.

                                                                                ~ - Secretary