
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Antonio Figueroa Quinones,
v.
Rocky Mountain Holdings,

CASE NUMBER: 98-2101(HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**  **Docket #**<br>[ ] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** | As this case has been reassigned to the undersigned, the Pretrial and Settlement Conference set for **May 2, 2002**, shall be held in the chambers of the undersigned at 3:30 p.m., rather than 4:00 p.m. |

Date 4/19/02

HECTOR M. LAFFITTE
Chief U.S. District Judge



S/C: M. Figueroa, Courtroom deputy 4/23/02