UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Antonio Figueroa-Quiñones,
v.
Rocky Mountain Holdings, L.L.C.

CASE NUMBER: 98-2101(HL)

## MINUTES

On May 2, 2002, the parties met in the chambers of the undersigned to discuss the status of the above captioned case. Present were Attorney Godwin Aldarondo on behalf of plaintiff; and Attorney Enrique Figueroa on behalf of defendant. While the possibility of settlement was discussed, no settlement was reached.

The Court issued the following orders and determinations:
1) The parties are to continue with their settlement negotiations.
2) A jury trial is hereby set for **June 7, 2002**.
3) Defendant is to inform the Court by **May 3, 2002**, as to whether they will consent to having a magistrate judge preside over the trial.

Date 5-2-02

HECTOR M. LAFFITTE
Chief U.S. District Judge