# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Antonio Figueroa-Quiñones,
v.
Rocky Mountain Holdings, L.L.C.

**CASE NUMBER: 98-2101(HL)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**          **Docket #**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** | The parties had previously informed the Court of a settlement, yet no motions have been filed to that effect. The parties have until **July 9, 2002** to file all motions related to the settlement. |

Date  6/25/02

**HECTOR M. LAFFITTE**
Chief U.S. District Judge


