UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Antonio Quiñonez,
    v.
Rocky Mountain Holdings, L.L.C.

**CASE NUMBER:** 98-2101(HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**    Docket #85<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion regarding "Informative Motion" | The parties are granted until **August 5, 2002** to file all motions regarding settlement. Failure to comply will result in the imposition of sanctions. |

Date 7/23/02

HECTOR M. LAFFITTE
Chief U.S. District Judge



