# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Antonio Figueroa Quiñones,
          v.
Rocky Mountain Holdings,

**CASE NUMBER:** 98-2101 (HL)

RECEIVED & FILED
02 AUG -7 AM 8:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| **Date Filed:**   **Docket #87**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion withdrawing complaint with prejudice | The parties in this case have reached a settlement. The Court hereby grants the parties request for dismissal of this case with prejudice. Judgment shall be entered accordingly. |

Date 8/6 02

HECTOR M. LAFFITTE
Chief U.S. District Judge


