UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Antonio Figueroa Quiñones,
v.
Rocky Mountain Holdings,

CASE NUMBER: 98-2101 (HL)

## JUDGMENT

The parties having reached a settlement approved of by this Court on this same date, judgment is hereby entered dismissing the above captioned case with prejudice.

Date 8/6/02

HECTOR M. LAFFITTE
Chief U.S. District Judge

